Sander L. Esserman
State Bar No. 06671500
Steven A. Felsenthal
State Bar No. 06889900
Heather J. Panko
State Bar No. 24049516
**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA**
**A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

Brad S. Karp
Jordan E. Yarett
Stephen J. Shimshak
Susanna M. Buergel
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| TEXAS RANGERS BASEBALL PARTNERS, | Case No. 10-43400-dml11 |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, and Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enter their appearance on behalf of the Office of the Commissioner of Baseball pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and respectfully requests that all notices which are required to be given in this case and all papers which are required to be served in this case be

given to and served upon Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, and Paul, Weiss, Rifkind, Wharton & Garrison LLP at the addresses listed below:

Sander L. Esserman
Steven A. Felsenthal
Heather J. Panko
Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: 214-969-4900
Facsimile:  214-969-4999
Email: esserman@sbep-law.com
felsenthal@sbep-law.com
panko@sbep-law.com

and

Brad S. Karp
Jordan E. Yarett
Stephen J. Shimshak
Susanna M. Buergel
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: sshimshak@paulweiss.com
jyarett@paulweiss.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, plans, disclosure statements, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or informal, written or oral, or whether by mail, delivery, telephone, telex or otherwise.

Respectfully submitted this 24th day of May 2010.

**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION**

By:   */s/ Sander L. Esserman*
      Sander L. Esserman
      State Bar No. 06671500
      Steven A. Felsenthal
      State Bar No. 06889900
      Heather J. Panko
      State Bar No. 24049516

2323 Bryan Street
Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

-and-

Brad S. Karp
Jordan E. Yarett
Stephen J. Shimshak
Susanna M. Buergel
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

**ATTORNEYS FOR OFFICE OF THE
COMMISSIONER OF BASEBALL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of May 2010 a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served via ECF on all parties entitled to receive such notice.

*/s/ Heather J. Panko*
Heather J. Panko