BTXN 104a (rev. 10/99)

Receipt No.: _____

Initials: _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

TEXAS RANGERS BASEBALL PARTNERS, § § § § § § §

Case No.: 10-43400-dml11

Debtor(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Weintraub__  __Philip__  __A.__
            *Last*              *First*           *MI*

2. Firm Name: Paul, Weiss, Rifkind, Wharton & Garrison LLP

3. Address: 1285 Avenue of the Americas

   New York, NY 10019-6064

4. Phone: 212-373-3132      FAX: 212-492-0132

5. Name used to sign *all* pleadings: Philip A. Weintraub

6. Retained by: Office of the Commissioner of Baseball

7. Admitted on April 18, 2007 and presently a member in good standing of the bar of the highest court of the state of New York and issued the bar license number of 4485082.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | U.S. District Court, S.D. New York | 08/27/07 |
   | New York, 2nd Department | 04/18/07 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    | --- | --- |
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: __Stutzman, Bromberg, Esserman & Plifka, PC__

14. Local counsel's address: __2323 Bryan Street, Suite 2200__
    __Dallas, Texas 75201-2689__

*Continued.*

  I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

  I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

  ☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

  ☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankrutpcy Court accompanied with the $25.00 filing fee on _____.

Philip A. Weintraub  
Printed Name of Applicant

May 18, 2010  
Date

*[signature]*  
Signature of Applicant