BTXN 208 (rev. 07/09)

IN RE: Texas Rangers Baseball Partners　　　　　　　　Debtor's Motion for DIP Financing [#17]　　　　Case # 10−43400−dml11

**DEBTOR**

**TYPE OF HEARING**

Texas Rangers Baseball Partners / Movant　　　　　　　　VS　　　　　　　　Ad Hoc Group of First Lien Holders / Respondents

**PLAINTIFF / MOVANT**　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT / RESPONDENT**

Martin Sosland　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew LeBlanc

**ATTORNEY**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY**

**EXHIBITS**

#1 Secured Debtor−in−Possession Credit and Security Agreement　　　　　# L−1 Major League Baseball, office of the Commissioner, News Release dated April 21, 2010

S. Maben　　　　　　　　　　　　　　　　　　　5/26/2010　　　　　　　　　　　　　　　D. Michael Lynn

**REPORTED BY**　　　　　　　　　　　　　　　　**HEARING DATE**　　　　　　　　　　　　　　**JUDGE PRESIDING**