United States Department of Justice
Office of the United States Trustee
1100 Commerce Street
Dallas, Texas 75242
(214) 767-8967

Lisa L. Lambert,
For the United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In Re | § | |
| | § | |
| **TEXAS RANGERS** | § | Case No. 10-43400-DML-11 |
| **BASEBALL PARTNERS,** | § | |
| | § | |
| **Debtors-In-Possession** | § | |

**Appointment of the Official Unsecured Creditors' Committee**

TO THE HONORABLE D. MICHAEL LYNN,
U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

Essey Alley, President
Vratsinas Construction Co.
216 Louisiana
Little Rock, Arkansas 72203
(501) 376-0017
ealley@vccusa.com

Harold G. Thompson, Vice President
RTKL
1717 Pacific Ave.
Dallas, TX 75201
(214) 468-7614
bthompson@rtkl.com

Alexander Rodriguez
c/o Joseph J. Wielebinski, Esq.
3800 Lincoln Plaza
500 N. Akard St.
Dallas, TX 75201
(214) 855-7561
jwielebinski@munsch.com


DATED: June 3, 2010				Respectfully submitted

						WILLIAM T. NEARY
						UNITED STATES TRUSTEE

						*/s/ Lisa L. Lambert*
					By:	Lisa L. Lambert
						Trial Attorney, TX 11844250 (also NY)
						Office of the United States Trustee
						1100 Commerce St.  Room 976
						Dallas, Texas 75242
						(214) 767-8967 x 226
						Lisa.L.Lambert@usdoj.gov



CERTIFICATE OF SERVICE

I certify that a copy of this document was sent by regular first class United States mail and ECF on June 3, 2010, to the members of the unsecured creditors' committee and to the persons on the attached Master Service List.

						*/s/ Lisa L. Lambert*
						Lisa L. Lambert

**In re Texas Rangers Baseball Partners, Case No. 10-43400 (DML)-11**
**OFFICIAL LIMITED SERVICE LIST EFFECTIVE JUNE 2, 2010**

| TOP 30 AND OTHER INTERESTED PARTIES |||
|---|---|---|
| American Medical Response Ambulance Services, Inc. d/b/a American Medical Response<br>P.O. Box 100693<br>Pasadena, CA  91189-0693<br>Fax:   303-495-1295 | Bimm Ridder Sportswear<br>817 2nd Avenue SE<br>Cedar Rapids, IA 52403<br>Fax:   319-364-7877 | Buses by Bill, Inc.<br>1336 Centerville Road<br>Dallas, TX  75218<br>Fax:   214-328-9521 |
| CBS Outdoor<br>P.O. Box 33074<br>Newark, NJ  07188-0074<br>Fax:   972-243-3906 | Centennial Moisture Control<br>1780 Hurd Drive<br>Irving, TX  75038<br>Fax:   214-352-1306 | Clear Channel Outdoor<br>3700 E. Randoll Mill Road<br>Arlington, TX  76011<br>Fax:   817-649-0536 |
| Fastsigns<br>CJ Taylor Ltd; Attn: Chris Taylor<br>2301 N. Collins #112<br>Arlington, TX  76011<br>Fax:   817-274-3588 | Gear for Sports, Inc.<br>12193 Collection Center Dr.<br>Chicago, IL  60693<br>Fax:   940-497-0111 | Kevin Millwood<br>Confidential - Available Upon Request |
| KONE Inc.<br>P.O. Box 429<br>Moline, IL  61266-0429<br>Fax:   469-549-0594 | KUVN-TV Univision Group<br>Attn: Accounts Receivable<br>P.O. Box 460788<br>Houston, TX  77056<br>Fax:   214-758-2395 | Latham & Watkins LLP<br>Attn: Ronan Wicks, Esq.; David Teh, Esq.; Mitchell Seider; Joseph Fabiani<br>885 Third Avenue<br>New York, NY  10022<br>Fax:   212-751-4864<br>Email:   ronan.wicks@lw.com;<br>david.teh@lw.com;<br>mitchell.seider@lw.com;<br>joseph.fabiani@lw.com |
| Mark McLemore<br>Confidential - Available Upon Request | McGuire, Craddock & Strother, P.C.<br>Philip Danze<br>2501 N. Harwood St., Suite 1800<br>Dallas, TX  75201<br>Fax:   214-954-6868<br>Email:   pdanze@mcslaw.com | Melrose Pyrotechnics Inc.<br>P.O. Box 302<br>Kingsbury, IN  46345<br>Fax:   219-393-5710 |
| Michael Young<br>Confidential - Available Upon Request | Mickey Tettleton<br>Confidential - Available Upon Request | New Era Cap Co.<br>Acct: 15995<br>P.O. Box 054<br>Buffalo, NY  14240<br>Fax:   716-604-9299 |
| Office of the Commissioner of Baseball<br>Attn: Robert Kheel, Esq.<br>140 Riverside Drive<br>New York, NY  10024<br>Fax:   212-728-9234<br>Email:   rkheel@willkie.com | Office of the Commissioner of Baseball<br>Attn: Thomas J. Ostertag, Esq.<br>245 Park Avenue<br>New York, NY  10167<br>Email:   Tom.Ostertag@mlb.com | Office of the United States Trustee<br>Attn:   Lisa Lambert and Meredyth Kippes<br>1100 Commerce Street, Room 976<br>Dallas, TX  75242-1496<br>Fax:   214-767-8971<br>Email:   meredyth.a.kippes@usdoj.gov |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Bryant McFall<br>8117 Preston Road, Suite 700<br>Dallas, TX  75225<br>Fax:   214-987-3927<br>Email:   bryant.mcfall@ogletreedeakins.com | Paramount Services, Inc. d/b/a Jani-King of Dallas<br>4535 Sunbelt Drive<br>Addison, TX  75001<br>Fax:   205-781-1535 | Pellerano & Herrera<br>Norman DeCastro<br>Av. John F. Kennedy No. 10<br>Santo Domingo<br>Dominican Republic<br>Fax:   809-567-0773<br>Email:   n.decastro@phlaw.com |

| | | |
|---|---|---|
| PMC<br>Attn: Karen Smith<br>1204 Suncast Lane, Suite 2<br>El Dorado Hills, CA  95762<br>Email: ksmith@pmcbb.com | Rawlings Group<br>510 Maryville University Drive<br>Suite 110<br>St. Louis, MO  63141<br>Fax: 314-349-3588 | Redan Bilingual Media<br>1440 S. Hwy. 121, Ste. 13<br>Lewisville, TX  75067<br>Fax: 972-436-0238 |
| Republic Services d/b/a Duncan Disposal #794<br>P.O. Box 78829<br>Phoenix, AZ  85062-8829<br>Fax: 817-860-0330 | Rochelle McCullough, L.L.P.<br>Attn: Buzz Rochelle<br>325 N. Saint Paul St.<br>Suite 4500<br>Dallas, TX  75201<br>Fax: 214-953-0185<br>Email: buzz.rochelle@romclawyers.com | Sherrard, German & Kelly, P.C.<br>Attn: David J. Lowe, Esq.<br>28th Floor, Two PNC Plaza, 620 Liberty Avenue<br>Pittsburgh, PA  15222<br>Fax: 412-261-6221<br>Email: djl@sgkpc.com |
| Shupe Ventura Lindelow & Olsen, PLLC<br>Ike Shupe<br>9406 Biscayne Blvd<br>Dallas, TX  75218<br>Email: ike.shupe@svlandlaw.com | Stage Effects Engineering, Inc.<br>608 General Chennault Street SE<br>Albuquerque, NM  87123<br>Fax: 505-271-5900 | Stats, Inc.<br>2775 Shermer Road<br>Northbrook, IL  60062<br>Fax: 847-583-2600 |
| Supreme Systems Inc. d/b/a Supreme Roofing Systems<br>1355 North Walton Walker<br>Dallas, TX  75211<br>Fax: 214-330-5435 | Team Beans, L.L.C.<br>Raritan Center Business Park<br>115 Fieldcrest Ave.<br>Edison, NJ  08837<br>Fax: 732-967-9152 | Thompson & Knight, LLP<br>David Rosenberg<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX  75201<br>Fax: 214-969-1751<br>Email: david.rosenberg@tklaw.com |
| Tickets.Com<br>Settlement Account<br>555 Anton Blvd.<br>Costa Mesa, CA  92626<br>Fax: 714-327-5410 | TM Television<br>2307 Springlake, Suite 518<br>Dallas, TX  75234<br>Fax: 972-243-4774 | TVTI<br>2056 NW Aloclek Drive #313<br>Hillsboro, OR  97124<br>Fax: 503-466-1446 |
| Vicente Padilla<br>Reparto Monzerrate Del Restraunte<br>Mozzerate 75<br>Barra Al Sur<br>Nicaragua<br>Fax: 323-224-1507 | Vincent, Lopez, Serafino & Jenevein, P.C.<br>Jamey Newberg<br>1601 Elm Street, Suite 4100<br>Dallas, TX  75201<br>Fax: 214-979-7402<br>Email: jnewberg@vilolaw.com | Winstead PC<br>Paul Wagemen<br>5400 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX  75270<br>Fax: 214-745-5390<br>Email: pwageman@winstead.com |
| Weldon, Williams, & Lick, Inc.<br>P.O. Box 168<br>Fort Smith, AR  72902<br>Fax: 479-783-7050 | | |
| **NOTICE OF APPEARANCE PARTIES** | | |
| Baker Botts L.L.P.<br>Attn: Jack Kinzie, C. Luckey McDowell, Ian E. Roberts<br>2001 Ross Ave.<br>Dallas, TX  75201<br>Fax: 214-661-4719<br>Email: jack.kinzie@bakerbotts.com;<br>       luckey.mcdowell@bakerbotts.com;<br>       ian.roberts@bakerbotts.com | Barlow Garsek & Simon, LLP<br>Robert A. Simon<br>3815 Lisbon Street<br>Ft. Worth, TX  76107<br>Fax: 817-731-6200<br>Email: rsimon@bgsfirm.com | Cohen, Weiss and Simon LLP<br>Attn: Richard M. Seltzer, Babette A. Ceccotti, Bruce S. Levine, Joshua J. Ellison<br>330 West 42nd Street, 25th Floor<br>New York, NY  10036-6976<br>Fax: 212-695-5436<br>Email: rseltzer@cwsny.com;<br>       bceccotti@cwsny.com;<br>       blevine@cwsny.com;<br>       jellison@cwsny.com |

| | | |
|---|---|---|
| Foley & Lardner, LLP<br>Mary Kay Braza; Kevin R. Schulz<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202-5306<br>Fax: 414-297-4900<br>Email: mbraza@foley.com;<br>kschulz@foley.com | Foley & Lardner, LLP<br>Michael J. Small<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610<br>Fax: 312-832-4700<br>Email: msmall@foley.com | Gardere Wynne Sewell LLP<br>Holland N. O'Neil<br>1601 Elm Street<br>Suite 3000<br>Dallas, TX 75201<br>Fax: 214-999-3961<br>Email: honeil@gardere.com |
| Glickfeld, Fields & Jacobson LLP<br>Lawrence M. Jacobson, Esq.<br>315 South Beverly Boulevard<br>Suite 415<br>Beverly Hills, CA 90212<br>Fax: 310-550-6222<br>Email: lmj@gfjlawfirm.com | Linebarger Goggan Blair & Sampson, LLP<br>Laurie Spindler Huffman<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201<br>Fax: 469-221-5002<br>Email: dallas.bankruptcy@publicans.com | McGuire, Craddock & Strother, P.C.<br>J. Mark Chevallier; Philip I. Danze<br>1800 St. Ann Court<br>2501 N. Harwood<br>Dallas, TX 75201<br>Fax: 214-954-6850<br>Email: mchevallier@mcslaw.com;<br>pdanze@mcslaw.com |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Andrew M. Leblanc<br>1850 K Street, N.W.<br>Suite 1100<br>Washington, D.C. 20006<br>Fax: 202-263-7574<br>Email: aleblanc@milbank.com | Milbank, Tweed, Hadley & McCloy LLP<br>Dennis F. Dunne; Dennis C. O'Donnell<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Fax: 212-530-5219<br>Email: ddunne@milbank.com;<br>dodonnell@milbank.com | Munsch Hardt Kopf & Harr, P.C.<br>Joseph J. Wielebinski; Davor Rukavina<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas, TX 75201-6659<br>Fax: 214-855-7584<br>Email: jwielebinski@munsch.com;<br>drukavina@munsch.com |
| Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>Brad S. Karp; Jordan E. Yarett; Stephen J. Shimshak; Susanna M. Buergel; Philip A. Weintraub; Diane Meyers<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Fax: 212-757-3990<br>Email: sshimshak@paulweiss.com;<br>jyarett@paulweiss.com;<br>pweintraub@paulweiss.com;<br>bkarp@paulweiss.com;<br>sbuergel@paulweiss.com;<br>dmeyers@paulweiss.com | Stutzman, Bromberg, Esserman & Plifka<br>Sander L. Esserman; Steven A. Felsenthal; Heather J. Panko<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>Fax: 214-969-4999<br>Email: esserman@sbep-law.com;<br>felsenthal@sbep-law.com;<br>panko@sbep-law.com | The Texas Comptroller of Public Accounts<br>Jason A. Starks, Assistant Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548<br>Fax: 512-482-8341<br>Email: jason.starks@oag.state.tx.us |
| Clifford Chance US LLP<br>Andrew Brozman; Thomas Schulte; John Ford<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Fax: 212-878-8375<br>Email:<br>Andrew.Brozman@cliffordchance.com;<br>Thomas.Schulte@cliffordchance.com;<br>John.Ford@cliffordchance.com | Vinson & Elkins LLP<br>Daniel C. Stewart<br>2001 Ross Avenue, Ste. 3700<br>Dallas, TX 75201<br>Fax: 214-220-7716<br>Email: dstewart@velaw.com | Clifford Chance US LLP<br>Attn: Jason P. Young, Esq.<br>31 West 52nd Street<br>New York, NY 10019<br>Fax: 212-878-8375<br>Email:<br>Jason.Young@cliffordchance.com |