Sander L. Esserman
State Bar No. 006671500
Steven A. Felsenthal
State Bar No. 06889900
Heather J. Panko
State Bar No. 24049516
**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA**
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

Brad S. Karp
Stephen J. Shimshak
Jordan E. Yarett
Susanna M. Buergel
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorneys for the Office of the Commissioner of Baseball

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---------------------------------------------------------------------x
: 
**In re** : Chapter 11
:
**TEXAS RANGERS BASEBALL PARTNERS,** : Case No. 10-43400 (DML)
:
      Debtor. :
:
---------------------------------------------------------------------x

**STATEMENT OF THE OFFICE OF
THE COMMISSIONER OF BASEBALL IN SUPPORT OF THE LEGAL
<u>POSITIONS OF THE DEBTOR AND RANGERS BASEBALL EXPRESS LLC</u>**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The Office of the Commissioner of Baseball ("BOC"), a creditor and party in interest in this chapter 11 case, by its undersigned attorneys states as follows concerning the issues identified by this Court for hearing on June 15, 2010 (the "June 15 Issues") as set forth in the Order (I) Scheduling a Hearing to Consider Issues Relating to the Disclosure Statement and Issues Relating to Plan Confirmation; (II) Establishing Deadlines with Respect Thereto; (III) Approving the Form and Manner of Notice of the Deadlines and the Hearing; and (IV) Granting Related Relief, dated June 2, 2010 [Docket No. 119] (the "Order"):

1. The BOC supports the legal positions of Texas Rangers Baseball Partners (the "Debtor") and Rangers Baseball Express LLC (the "Purchaser") on the June 15 Issues.

2. The BOC reserves the right to supplement those positions at the hearing on the June 15 Issues to respond to the position of any other party in interest (including by written submission), concerning, without limitation, any matter that the BOC determines implicates the interests of Major League Baseball.

## NOTICE

3. No trustee or examiner has been appointed in this chapter 11 case. Notice of this statement has been provided in accordance with the Order to: (i) counsel to the Debtor, Weil, Gotshal & Manges LLP, 200 Crescent Court, Suite 300, Dallas, Texas 75201, Attn: Martin A. Sosland, Esq. (martin.sosland@weil.com) and Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Ronit J. Berkovich, Esq. (ronit.berkovich@weil.com); (ii) counsel to the Purchaser, Foley & Lardner LLP, 777 East Wisconsin Avenue, Milwaukee, Wisconsin 53202, Attn: Mary K. Braza, Esq. (mbraza@foley.com) and Kevin R. Schulz, Esq. (kschulz@foley.com) and Foley & Lardner LLP, 321 North Clark Street, Suite 2800, Chicago, Illinois 60610, Attn: Michael J. Small, Esq.

(msmall@foley.com); (iii) counsel to the Purchaser, Sherrard, German & Kelly, P.C., 28th Floor, Two PNC Plaza, 620 Liberty Avenue, Pittsburgh, Pennsylvania 15222, Attn: David J. Lowe, Esq. (djl@sgkpc.com); (iv) counsel to the Purchaser, Barlow Garsek & Simon, LLP, 3815 Lisbon Street, Fort Worth, Texas 76107, Attn: Robert A. Simon, Esq. (rsimon@bgsfirm.com); (v) counsel to the Committee of Unsecured Creditors; (vi) the U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75242, Attn: Lisa L. Lambert, Esq. (lisa.l.lambert@usdoj.gov) and Meredyth A. Kippes, Esq. (meredyth.a.kippes@usdoj.gov); (vii) counsel to JPMorgan Chase Bank, N.A., Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attn: Mitchell Seider, Esq. (mitchell.seider@lw.com) and Joseph Fabiani, Esq. (joseph.fabiani@lw.com); (viii) counsel to GSP Finance LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, New York 10019, Attn: Jason P. Young, Esq. (Jason.Young@cliffordchance.com); (ix) counsel to the Ad Hoc Group of First Lien Lenders, Vinson & Elkins LLC, Trammell Crow Center, 2001 Ross Avenue, Suite 3700, Dallas, Texas 75201, Attn: Daniel C. Stewart, Esq. (dstewart@velaw.com); (x) counsel to the Ad Hoc Group of First Lien Lenders, Milbank, Tweed, Hadley & McCloy LLP, Suite 1100, International Square Building, 1850 K Street, N.W., Washington, DC 20006, Attn: Andrew M. LeBlanc, Esq. (aleblanc@milbank.com); (xi) counsel to JPMorgan Chase Bank, N.A., Rochelle McCullough, LLP, 325 N. St. Paul Street, Suite 4500, Dallas, Texas 75201, Attn: Buzz Rochelle, Esq. (buzz.rochelle@romclawyers.com ) and Scott DeWolf, Esq. (sdewolf@romclawyers.com); and (xii) counsel to GSP Finance LLC, Agent for the Second Lien Lenders, Gardere Wynne Sewell LLP, 1601 Elm Street, Suite 3000, Dallas, Texas 75501, Attn: Holland N. O'Neil, Esq. (honeil@gardere.com).

Dated: June 11, 2010
Fort Worth, Texas

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION**

By: */s/ Sander L. Esserman*
 Sander L. Esserman
 State Bar No. 006671500
 Steven A. Felsenthal
 State Bar No. 06889900
 Heather J. Panko
 State Bar No. 24049516

2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

-and-

Brad S. Karp
Stephen J. Shimshak
Jordan E. Yarett
Susanna M. Buergel
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

**ATTORNEYS FOR THE OFFICE OF THE COMMISSIONER OF BASEBALL**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of June 2010, she caused a true and correct copy of the foregoing Statement of the Office of The Commissioner of Baseball in Support of the Positions of the Debtor and Rangers Baseball Express LLC to be served via electronic mail on the parties listed below, and via first class mail, postage prepaid on all parties on the Official Limited Service List Effective June 2, 2010.

>                           */s/ Heather J. Panko*
>                           Heather J. Panko

**Counsel for the Debtor**

Weil, Gotshal & Manges LLP
Attn: Martin A. Sosland
200 Crescent Court, Suite 300
Dallas, Texas 75201
martin.sosland@weil.com

Weil, Gotshal & Manges LLP
Attn: Ronit J. Berkovich
767 Fifth Ave.
New York, New York 10153
ronit.berkovich@weil.com

**Counsel to the Purchaser**

Sherrard, German & Kelly, P.C.
Attn: David J. Lowe
28th Floor, Two PNC Plaza
620 Liberty Avenue
Pittsburgh, Pennsylvania 15222
djl@sgkpc.com

**Counsel to the Purchaser**

Foley & Lardner LLP
Attn: Mary K. Braza
Kevin R. Schulz
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
mbraza@foley.com
kschulz@foley.com

Foley & Lardner LLP
Attn: Michael J. Small
321 North Clark Street, Suite 2800
Chicago, Illinois 60610
msmall@foley.com

**Counsel to the Purchaser**

Barlow Garsek & Simon LLP
Robert A. Simon
3815 Lisbon Street
Fort Worth, Texas 76107
rsimon@bgsfirm.com

| **Counsel to the Committee** | **United States Trustee** |
|---|---|
| K&L Gates LLP<br>Jeffrey R. Fine<br>James H. Billingsley<br>Daniel I. Morenoff<br>1717 Main Street, Suite 2800<br>Dallas, Texas 75201<br>Jeff.fine@klgates.com<br>James.billingsley@klgates.com<br>dan.morenoff@klgates.com | Office of the United States Trustee<br>Lisa L. Lambert<br>Meredyth A. Kippes<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242<br>lisa.l.lambert@usdoj.gov<br>meredyth.a.kippes@usdoj.gov |
| **Counsel to JPMorgan Chase Bank, N.A.** | **Counsel to GSP Finance LLC** |
| Latham & Watkins LLP<br>Attn: Mitchell Seider<br>Joseph Fabiani<br>885 Third Avenue<br>New York, New York 10022<br>mitchell.seider@lw.com<br>joseph.fabiani@lw.com | Cliffard Chance US LLP<br>Attn: Jason P. Young<br>31 West 52nd Street<br>New York, New York 10019<br>Jason.young@cliffordchance.com |
| **Counsel to the Ad Hoc Group of First Lien Lenders** | **Counsel to JPMorgan Chase Bank, N.A.** |
| Vinson & Elkins LLC<br>Attn: Daniel Stewart<br>Trammel Crow Center<br>2001 Ross Avenue<br>Suite 3700<br>Dallas, Texas 75201<br>dstewart@velaw.com<br><br>Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Andrew M. LeBlanc<br>Suite 1100, International Square Building<br>1850 K Street, N.W.<br>Washington, D.C. 20006<br>aleblanc@milbank.com | Rochelle McCullough, LLP<br>Attn: Buzz Rochelle<br>Scott DeWolf<br>325 N. St. Paul Street, Suite 4500<br>Dallas, Texas 75201<br>buzz.rochelle@romclawyers.com<br>sdewolf@romclawyers.com |

| **Counsel to GSP Finance LLC, Agent for the Second Lien Lenders** | **MLB Players Association** |
|---|---|
| Gardere Wynne Sewell LLP<br>Attn: Holland O'Neil<br>1601 Elm Street, Suite 3000<br>Dallas, Texas 75501<br>honeil@gardere.com | Baker Botts L.L.P<br>Attn: Jack Kinzie<br>C. Luckey McDowell<br>Ian E. Roberts<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>jack.kinzie@bakerbotts.com<br>luckey.mcdowell@bakerbotts.com<br>ian.roberts@bakerbotts.com<br><br>Cohen, Weiss and Simon LLP<br>Attn: Richard M. Seltzer<br>Babette A. Ceccotti<br>Bruce S. Levine<br>Joshua J. Ellison<br>330 West 42nd Street, 25th Floor<br>New York, New York 10036<br>rseltzer@cwsny.com<br>bceccotti@cwsny.com<br>jellison@cwsny.com |