Exhibit "E"

# RANGERS EQUITY HOLDINGS GP, LLC

## AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT

This Amended and Restated Limited Liability Company Agreement ("Agreement") of Rangers Equity Holdings GP, LLC, a Texas limited liability company (the "Company"), dated as of August 25, 2008, 12:00 p.m. central time, is made by Rangers Equity Holdings, L.P., a Texas limited partnership, as the sole member of the Company (the "Member").

WHEREAS, HSG Partnership Holdings LLC, a Texas limited liability company (the "Initial Member"), formed the Company as a limited liability company pursuant to the Texas Limited Liability Company Act (as it may be amended from time to time, the "Act") by filing a Certificate of Formation with the Office of the Secretary of State of the State of Texas as of August 12, 2008 (as amended) and entering into a limited liability company agreement on August 22, 2008 (the "Initial Agreement");

WHEREAS, the Initial Member desires to contribute its membership interest to the Member and to simultaneously withdraw from the Company on the date hereof;

WHEREAS, further, the parties hereto desire to amend and restate the Initial Agreement in its entirety as set forth in this Agreement to reflect the Member as the sole member of the Company.

NOW, THEREFORE, in consideration of the covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto amend and restate the Initial Agreement in its entirety as follows:

1. **Admission of Members; Withdrawal of Initial Member.** The Member being admitted to the Company as of the date hereof shall be deemed admitted to the Company as the sole member of the Company upon its execution and delivery of a counterpart of this Agreement. Simultaneous with the admission of the Member, the Initial Member, by its execution and delivery of a counterpart of this Agreement, hereby withdraws from the Company on the date hereof and shall have no further or continuing interest in the Company.

2. **Formation.** The Company was formed as a limited liability company pursuant to and in accordance with the provisions of the Texas Business Organizations Code (as it may be from time to time amended, the "Code"). The Certificate of Formation of the Company (the "Certificate") was filed in the office of the Secretary of State of the State of Texas on August 12, 2008.

3. **Name.** The name of the Company shall be "Rangers Equity Holdings GP, LLC".

4. **Purpose.** The purpose of the Company shall be to engage or participate in any lawful business activities in which limited liability companies formed in the State of Texas may engage or participate.

5. **Powers.** The Company shall have the power to do any and all acts reasonably necessary, appropriate, proper, advisable, incidental or convenient to or in furtherance of the purpose and business described herein and for the protection and benefit of the Company.

6. **Registered Office and Agent; Principal Place of Business.** The address of the Company's registered agent and its registered office in the State of Texas shall be as set forth in its Certificate. The

Member may change such registered office, registered agent, or principal place of business from time to time. The Company's principal place of business shall be 1000 Ballpark Way, Suite 400, Arlington, Texas 76011. The Company may from time to time have such other place or places of business within or without the State of Texas as may be determined by the Member.

7. Term. The term of the Company shall commence on the date of filing of the Certificate in accordance with the Code and shall continue until the Company is dissolved by the Member.

8. Capital Contributions. The Initial Member hereby contributes its membership interest in the Company to the Member and the Member hereby assumes the capital account of the Initial Member in the Company.

9. Distributions. All distributions shall be made to the Member at such time or times as may be determined by the Member. Notwithstanding any provision of this Agreement to the contrary, the Company shall not make a distribution to the Member on account of its interest in the Company if such distribution would violate Section 101.206 of the Code or other applicable law.

10. Management. In accordance with Section 101.251 of the Code, management of the business and affairs of the Company shall be vested in the Member. The Member shall have the power to do any and all acts necessary, convenient or incidental to or for the furtherance of the purposes described herein, including all powers, statutory or otherwise, possessed by managers of a limited liability company under the laws of the State of Texas.

11. Officers. The Member may (i) elect officers of the Company with such titles as the Member may deem appropriate and (ii) delegate any or all of its rights, powers, and authority under this Agreement to such officers as the Member may determine from time to time.

12. Other Activities. Neither this Agreement nor any principle of law or equity shall preclude or limit, in any respect, the right of the Member or any affiliate thereof to engage in or derive profit or compensation from any activities or investments.

13. Limitation on Liability. Except as otherwise mandated by the Code, the debts, obligations and liabilities of the Company, whether arising in contract, tort or otherwise, shall be solely the debts, obligations and liabilities of the Company, and the Member shall not be personally obligated for any such debt, obligation or liability solely by reason of being a member of the Company. All duties and liabilities (fiduciary and otherwise) of the Member and its respective affiliates, if any, are restricted to those expressly stated in this Agreement.

14. Amendment. This Agreement may be modified or amended, or any provision hereof waived, only with the written consent of the Member.

* * * * *

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]

IN WITNESS WHEREOF, the Member has executed this Agreement as of the date first above written.

SOLE MEMBER:

**RANGERS EQUITY HOLDINGS, L.P.**

By: HSG Partnership Holdings LLC, its general partner

By: /s/ Casey Shilts
Name: Casey Shilts
Title: Chief Operating Officer, Executive Vice President and Secretary

This Agreement is executed, solely for the purpose of the undersigned's contribution of membership interests in the Company to the Member and simultaneous withdrawal as a member of the Company, as of the date first set forth above.

INITIAL MEMBER:

HSG PARTNERSHIP HOLDINGS LLC

By: /s/ Casey Shilts
Name: Casey Shilts
Title: Chief Operating Officer, Executive Vice President and Secretary

[SIGNATURE PAGE TO THE AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT OF RANGERS EQUITY HOLDINGS GP, LLC]