# EXHIBIT F

**4/2/10 Email from L. Sherwood, on behalf of Jim Crane, to Thomas O. Hicks and Robert DuPuy, Office of the Commissioner of Baseball**

**From:** West, Glenn [gdwest@weil.com]
**Sent:** Friday, April 02, 2010 4:46 PM
**To:** Leblanc, Andrew; 'Ronan.Wicks@lw.com'; 'David.Teh@lw.com'; 'Jason.Young@CliffordChance.com'
**Cc:** Brown, Brandye; Price Brown, Mandisa; Thorstad, Brett
**Subject:** STRICTLY CONFIDENTIAL

Gentlemen,

We received the email below today from Jim Crane reconfirming his continued interest in acquiring the Rangers and the Land on terms consistent with and perhaps even improved over those offered in January. Unfortunately, we are not permitted to clarify any of those terms as a result of section 7.7(a) of the Asset Purchase Agreement with the Greenberg Group and we responded as indicated below. MLB is unlikely to permit us (and we do not believe it would necessarily be in the best interest of the team or its lenders) to terminate the Asset Purchase Agreement with the Greenberg Group at this time without further clarification from Crane (even though we are permitted to terminate immediately now that the Termination Date of April 1, 2010 has occurred without lender approval having been obtained). Nonetheless, we are forwarding this to you under the strictest of confidence. You should be aware, however, that in keeping with our obligations under the Asset Purchase Agreement, we have also forwarded a copy of this email to the Greenberg Group. Even if MLB were to permit us to terminate the Greenberg deal and approve re-engagement with Crane, it is clear Crane would also insist on pre-approval from the lenders of the deal. And, before we terminate the Greenberg deal, we can't really determine what the Crane deal really is.

_U.S. Internal Revenue Service (IRS) Circular 230 Notice:_ To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

                                          *   *   *

Glenn D. West
Weil, Gotshal & Manges LLP
Dallas Direct:  214.746.7780
NY Direct:  212.310.8033
Dallas Fax:  214.746.7777
NY Fax:  212.310.6717
Cellular:  214.215.4813
email: gdwest@weil.com

---

**From:** West, Glenn
**Sent:** Friday, April 02, 2010 2:22 PM
**To:** 'Oram, Jon H.'
**Cc:** Leccese, Joseph
**Subject:** RE: PRIVILEGED AND CONFIDENTIAL

Jon,

Thanks for the note and the continued interest. But unless and until Hicks Sports Group LLC ("HSG") exercises its option to terminate the Asset Purchase Agreement entered into with Rangers Baseball Express, LLC (the "Asset Purchase Agreement"), HSG and its affiliates cannot enter into discussions or otherwise negotiate with you. And I acknowledge you are not asking us to do so. Nonetheless, the Asset Purchase Agreement requires HSG to inform you of HSG and its affiliates' obligations thereunder with rempect to an Acquisition Proposal, which are quoted below.

"From and after the date of this Agreement until the termination of this Agreement in accordance with its terms:  (i) Sellers shall, and shall cause their Affiliates to, negotiate exclusively and in good faith with Purchasers with respect to any Acquisition Transaction; and (ii) Sellers shall not, and shall cause their Affiliates not to: (A) solicit or initiate or knowingly encourage any inquiries, proposals or offers (an "**Acquisition Proposal**") from any Persons other than Purchasers and their Affiliates for or relating to (or which may reasonably be expected to lead to) any investment in, acquisition of, transfer of, purchase of or other disposition of, directly or indirectly, all or any portion of the ownership interests or any of the assets of the Business or any of the Purchased Assets, whether by way of merger, business combination, reorganization, joint venture, sale of stock or sale of assets (other than sales of assets in the Ordinary Course of Business not expressly prohibited by this Agreement) (any of the foregoing, an "**Acquisition Transaction**"); (B) participate in any discussions, conversations, negotiations or other communications with any Person other than Purchasers and their Affiliates, or furnish to or continue to provide access to (whether directly or indirectly through third party hosting sites or other means) any Person other than Purchasers and their Affiliates any information with respect to, or afford access to the business, properties, assets, books or records of the Business or any of the Purchased Assets in connection with, or otherwise assist or participate in, or knowingly facilitate or encourage any effort or attempt by any other Person relating to or in connection with, any Acquisition Proposal; or (C) enter into any agreement, arrangement or understanding with any other Person with respect to or in connection with any Acquisition Proposal. Sellers shall immediately cease and cause to be terminated all existing discussions, conversations, access to

information, negotiations and other communications with any Persons other than Purchasers and their Affiliates, with respect to any Acquisition Proposal.  Upon the receipt by any Seller of any bona fide written Acquisition Proposal, Sellers shall notify Purchasers in writing as soon as practicable (such notice to include the terms of such Acquisition Proposal and the identity of the Person making the Acquisition Proposal), and shall promptly notify the Person making the Acquisition Proposal of Sellers' obligations under this Section 7.17(a)."

Again, thanks and we will see what happens.

U.S. Internal Revenue Service (IRS) Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*   *   *

Glenn D. West
Weil, Gotshal & Manges LLP
Dallas Direct:  214.746.7780
NY Direct:  212.310.8033
Dallas Fax:  214.746.7777
NY Fax:  212.310.6717
Cellular:  214.215.4813
email:  gdwest@weil.com

**From:** Oram, Jon H. [mailto:JOram@proskauer.com]
**Sent:** Friday, April 02, 2010 2:07 PM
**To:** West, Glenn
**Cc:** Leccese, Joseph
**Subject:** Fw: PRIVILEGED AND CONFIDENTIAL

Glenn - please see below fyi. Hope alls well.

JHO

---------------------------
Jon H. Oram | PROSKAUER ROSE LLP
Member of the Firm
1585 Broadway | New York, NY 10036-8299
V: 212.969.3401 | F: 212.969.2900
joram@proskauer.com | www.proskauer.com

Sent from my BlackBerry Wireless Handheld

**From**: George Postolos
**To**: Leccese, Joseph; Oram, Jon H.
**Sent**: Fri Apr 02 14:48:50 2010
**Subject**: Fw: PRIVILEGED AND CONFIDENTIAL

**From**: Linda Sherwood <lsherwood@Crane-Group.com>
**To**: George Postolos
**Sent**: Fri Apr 02 14:05:48 2010
**Subject**: FW: PRIVILEGED AND CONFIDENTIAL

Linda Sherwood
Crane Capital Group Inc
4409 Montrose, Suite 200
Houston, TX  77006
713-568-1252

**From**: Linda Sherwood **On Behalf Of** Jim Crane
**Sent**: Friday, April 02, 2010 12:13 PM
**To**: 'thicks@hicksholdings.com'; 'bob.dupuy@mlb.com'

**Subject:** FW: PRIVILEGED AND CONFIDENTIAL

Gentlemen,

During the bidding process for the Rangers that began last year we believe we presented the best offer-the highest price, strong local ownership, high net worth of the prospective MLB control person and highest certainty of a swift closing. We believe everyone involved understood that we could (and would) have closed well in advance of April 1. While we were disappointed at the outcome, we moved on.

Recent press reports indicate that the pending proposed transaction for the Rangers will not close by Opening Day and may not close at all. That is, in our judgment, an unfortunate situation for the franchise and its fans. We are writing to advise you that if the parties to the proposed transaction elect, for their own reasons, not to complete the proposed deal we would be prepared to reaffirm (and potentially to improve) our last offer of January 19, 2010, provided that the Office of the Commissioner advises us at that time that it would welcome our re-engagement, we receive confirmation that all other consents necessary for our re-engagement have been obtained and that all parties with rights with respect to the Rangers and their affiliates commit to prompt and exclusive mutual efforts to consummate a transaction.

Very truly yours,

Jim Crane

Texas Baseball Partners, LLC

```
*********************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

*********************************************************
This message and its attachments are sent from a law firm
 and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.
```

====================================================================================================================

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.