# EXHIBIT H

**4/21/10 Press Release, the Office of the Commissioner of Baseball, Major League Baseball Statement**

**FOR IMMEDIATE RELEASE**                                                    April 21, 2010

## MAJOR LEAGUE BASEBALL STATEMENT

Major League Baseball issued the following statement today regarding the sale of the Texas Rangers:

"As part of the Texas Rangers sale process, Tom Hicks selected the Chuck Greenberg/Nolan Ryan group as the chosen bidder on December 15, 2009 and entered into an exclusive agreement with that group. Major League Baseball is currently in control of the sale process and will use all efforts to achieve a closing with the chosen bidder. Any deviation from or interference with the agreed upon sale process by Mr. Hicks or any other party, or any actions in violation of MLB rules or directives will be dealt with appropriately by the Commissioner."

# # #

**Contact:** Richard Levin or Patrick Courtney, Major League Baseball, (212) 931-7878.