# EXHIBIT K

**12/19/06 Letter from Office of the Commissioner of Baseball to Casey Shilts, Esq., Hicks Sports Group, LLC**



December 19, 2006

<u>*Via Facsimile and U.S. Mail*</u>

Casey Shilts, Esq.
Executive Vice President, General
Counsel and Secretary
Hicks Sports Group LLC
1000 Ballpark Way, Suite 400
Arlington, TX 76011

       **Re:**    **Credit Amendment**

Dear Casey:

    We have reviewed the execution copies of the first and second lien credit agreements and related documents that are set forth on Exhibit A hereto and that were forwarded to our office via email by Courtney Marcus on December 19, 2006 (the "Credit Documents").

    Please be advised that this office has no objection to the execution and delivery of the Credit Documents on the condition that each is executed in a form that contains no material change from the last draft that we reviewed. Please have forwarded to my attention one copy of the final closing set at your earliest convenience.

                       Sincerely,

                       Robert E. McGlarry
                       Senior Counsel

cc: Courtney Marcus, Esq
    Jonathan Mariner
    Thomas Ostertag, Esq

<u>Exhibit A</u>

1. AMENDED AND RESTATED FIRST LIEN CREDIT AND GUARANTY AGREEMENT, dated as of December 19, 2006, by and among HICKS SPORTS GROUP LLC, a Texas limited liability company (formerly known as Southwest Sports Group LLC) ("Company"), HICKS SPORTS GROUP HOLDINGS LLC, a Texas limited liability company (formerly known as Southwest Sports Group Holdings LLC) ("Holdings"), CERTAIN SUBSIDIARIES OF COMPANY, as Guarantors, the Lenders party thereto, JPMORGAN SECURITIES INC. ("JPMorgan"), as Joint Lead Arranger, Joint Bookrunner, and Co-Syndication Agent, BARCLAYS CAPITAL INC., as Joint Lead Arranger and Joint Bookrunner, ("BarCap", and together with JPMorgan, the "Arrangers"), BARCLAYS BANK PLC ("Barclays"), as Co-Syndication Agent, and JPMORGAN CHASE BANK, N.A. ("JPMCB") as administrative agent (together with its permitted successor in such capacity, the "Administrative Agent") and collateral agent (together with its permitted successor in such capacity, the "Collateral Agent").

2. SECOND LIEN CREDIT AND GUARANTY AGREEMENT, dated as of December 19, 2006, by and among Company, Holdings, CERTAIN SUBSIDIARIES OF COMPANY, as Guarantors, the Lenders party thereto from time to time, JPMorgan, as Joint Lead Arranger, Joint Bookrunner, and Co-Syndication Agent, BarCap., as Joint Lead Arranger and Joint Bookrunner, and Barclays as second lien administrative agent (together with its permitted successor in such capacity, the "Administrative Agent"), second lien collateral agent and as Co-Syndication Agent.

3. AMENDED AND RESTATED FIRST LIEN PLEDGE AND SECURITY AGREEMENT, dated as of December 19, 2006, between each of the Grantors thereto, and JPMCB, as collateral agent for the Secured Parties (as defined therein).

4. SECOND LIEN PLEDGE AND SECURITY AGREEMENT, dated as of December 19, 2006, between each of the Grantors thereto, and Barclays, as collateral agent for the Secured Parties (as defined therein).

5. INTERCREDITOR AGREEMENT, dated as of December 19, 2006, and entered into by and among Company, JPMCB, in its capacity as collateral agent for the First Lien Obligations, including its successors and assigns from time to time, and Barclays, in its capacity as collateral agent for the Second Lien Obligations, including its successors and assigns from time to time.

6. LEASEHOLD DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF RENTS AND LEASES AND FIXTURE FILING, by and from TEXAS RANGERS BASEBALL PARTNERS, a Texas general partnership, as grantor to REPUBLIC TITLE OF TEXAS, INC , as trustee, in favor of Barclays, in its capacity as Administrative Agent and Collateral Agent for the benefit of Secured Parties.

7. AMENDED AND RESTATED FIRST LEASEHOLD DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF RENTS AND LEASES AND FIXTURE FILING, by and from TEXAS RANGERS BASEBALL PARTNERS, a Texas general partnership, as grantor to REPUBLIC TITLE OF TEXAS, INC., as trustee, in favor of JPMORGAN CHASE BANK, N.A., in its capacity as Administrative Agent and Collateral Agent for the benefit of Secured Parties.

8. First Lien Tri-Party Control Agreement, dated December 19, 2006, among HICKS SPORTS GROUP LLC, JP MORGAN SECURITIES INC. and JPMORGAN CHASE BANK (Capital Markets Department) .

9. Second Lien Tri-Party Control Agreement, dated December 19, 2006, among HICKS SPORTS GROUP LLC, BARCLAYS BANK PLC and BARCLAYS BANK PLC.