U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## ENTERED

THE DATE OF ENTRY IS
ON THE COURTS DOCKET
TAWANA C. MARSHALL, CLERK

D. Michael Lynn
U.S. Bankruptcy Judge

## JUN 25 2010

BTXN 146a (08/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

| | | |
|---|---|---|
| Texas Rangers Baseball Partners | § § § | Case No.: 10-43400-dml-11 |
| Debtor(s) | § § | |

### ORDER REGARDING REQUEST FOR EXPEDITED HEARING

The request for expedited hearing on the Motion to Reconsider Order Requiring Mediation, Resetting Hearing on Confirmation and Suspending Discovery by Rangers Baseball Express, LLC, a creditor and party in interest is GRANTED.

xx   A hearing will be held at telephonically on **June 25, 2010 at 10:30 a.m.**  Counsel for movant shall serve this order on interested parties.

___   No expedited hearing will be scheduled.

### End Of Order ###

BTXN 146 (rev. 03/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In Re:                                    §   Case No.: 10-43400-dml-11
                                          §
Texas Rangers Baseball Partners           §
                              Debtor(s)    §
                                          §
                                          §
                                          §

## MOTION FOR SETTING AND
## REQUEST FOR EXPEDITED HEARING

1. Rangers Baseball Express, LLC hereby requests that a hearing be set on the Motion to
   Reconsider Order Requiring Mediation Resetting Hearing on Confirmation and Suspending
   Discovery Pending Mediation not later than June 25, 2010. Hearing by such date is necessary
   because The Court's Order Requiring Mediation delays the resolution of the case to a point that
   it may make it impossible for Rangers Baseball Express to close on the terms it has proposed.
   The financial performance of the team is deteriorating and the losses continue to mount. Further
   delay harms the creditors and serves the interests of no one..

2. Notice of proposed expedited hearing will be provided to Rangers Baseball Express, LLC, a
   creditor and party in interest; Major League Baseball; the Debtor, TRBP; The Ad Hoc Group of
   First Lien Lnders; JP Morgan Chase as Agent for GSP Finance LLC and the Second Lien
   Lenders, the Creditors Committee; the Major League Players Association; Alex Rodriguez by
   Rangers Baseball Express, LLC. by Rangers Baseball Express, LLC. This notice will be
   sufficient because a copy of this Motion and notice of hearing will be served electronically on
   all e-filers and e-mailed to counsel of record for all parties..

3. A hearing was not requested earlier because The Mediation Order was entered today, sua
   sponte with no prior notice..

Robert A. Simon
Counsel for
Rangers Baseball Express, LLC
June 24, 2010

## CERTIFICATE OF CONFERENCE

I conferred by telephone with Counsel for the Debtor, who indicated support for relief sought in this
motion. There was not time to confer with other counsel. However, the Court specifically reserved
time for a telephonic hearing on urgent matters. This is such a matter.