U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS
ON THE COURTS DOCKET
TAWANA C. MARSHALL, CLERK

JUN 25 2010

D. Michael Lynn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CHAPTER 1 |
| TEXAS RANGERS BASEBALL PARTNERS, | § | |
| | § | |
| | § | CASE NO. 10-43400 (DML)-11 |
| DEBTOR. | § | |
| | § | |

## ORDER GRANTING MOTION FOR RECONSIDERATION, RESETTING MEDIATION, AND RESETTING HEARING ON CONFIRMATION

On June 24, 2010, the court entered its *Order Requiring Mediation, Resetting Hearing on Confirmation, and Suspending Discovery Pending Mediation* (the "Prior Order"), by which it ordered the Parties[1] to attend mediation on July 16, 2010, at 9:30 a.m. at the offices of Weil, Gotshal & Manges, in Dallas, Texas. By the Prior Order, the court also reset the hearing on confirmation of Debtor's plan to 9:30 a.m. on July 22,

---
[1] "Parties" is given the same definition it was afforded in the Prior Order.

2010. It was the view of the court that the Prior Order would serve the interests of all parties by providing adequate time for mediation of their differences and giving Debtor's equity owners sufficient opportunity to exercise an informed judgment respecting Debtor's plan.

After the Prior Order was entered, on June 24, 2010, Rangers Baseball Express, LLC filed its *Motion of Rangers Baseball Express, LLC to Reconsider Order Requiring Mediation, Resetting Hearing on Confirmation, and Suspending Discovery Pending Mediation* (the "Motion"), by which it asks the court to reset mediation for not later than July 6, 2010, and to reset confirmation for not later than July 12, 2010. The court considered the Motion at a hearing on June 25, 2010 (the "Hearing").

At the Hearing counsel for Debtor and the Office of the Commissioner of Major League Baseball expressed their support for the Motion. It is therefore

**ORDERED** that the Motion be **GRANTED**; it is further

**ORDERED** that the time, date and location specified in decretal paragraph 1 of the Prior Order are modified as follows: In order to allow as much time as possible for the parties to reach an accord, the mediation shall commence at 8:00 a.m. on July 6, 2010, in the chambers of the Honorable Russell F. Nelms, United States Bankruptcy Judge for the Northern District of Texas, located on the second floor of the United State Court House at 501 W. 10th Street, Fort Worth, Texas 76102, unless Judge Nelms directs that mediation occur at a different time or place; it is further

**ORDERED** that each Party must appear at the mediation through personal attendance of an individual with full authority to bind the Party; it is further

**ORDERED** that the time for the hearing on confirmation of Debtor's plan

specified in decretal paragraph 2 of the Prior Order is modified as follows: The hearing on confirmation of Debtor's plan is reset to 9:00 a.m. on July 9, 2010; it is further

**ORDERED** that all portions of the Prior Order that have not been specifically addressed by this order remain in effect; it is further

**ORDERED** that any party wishing to submit a trial brief in advance of the confirmation hearing must do so by 4:30 p.m. on July 6, 2010.

### End of Order ###