

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
United States Bankruptcy Judge

**Signed July 15, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | § | |
|---|---|---|
| In re | § | Chapter 11 Case |
| | § | |
| TEXAS RANGERS BASEBALL PARTNERS, | § | Case No. 10-43400 (DML) |
| | § | |
| Debtor. | § | |

ORDER ADOPTING BIDDING PROCEDURES

Before the court is the *Emergency Motion of Rangers Baseball Express LLC for a Preliminary Injunction and Temporary Restraining Order (i) Prohibiting Debtor From Continuing To Breach the Asset Purchase Agreement and (ii) Directing Debtor To Comply With Its Obligations Under The Asset Purchase Agreement* (the "Motion"). Pursuant to its order of even date herewith, the court treats the Motion as a contested matter in the captioned Debtor's chapter 11 case (the "Case") rather than as part of the underlying adversary proceeding (the "Adversary"). The court now grants the Motion to the limited extent provided in the decretal paragraphs below and otherwise denies the

Page 1

Motion without prejudice.  The court acts based on the entire record of the Case and the Adversary, including all evidence and argument previously received by the court in the Case and the Adversary.  Based on the entirety of such record, it is, therefore,

ORDERED that the Bidding Procedures appended hereto as Exhibit A are adopted and shall constitute the order of this court as if fully set out herein; and it is further

ORDERED that, as relevant to the Bidding Procedures, and for no other purpose, Exhibits B and C are approved (specifically the foregoing shall not limit the ability of any party in interest to object to, or otherwise raise issues respecting Exhibits B and C in the event either shall be offered to the court for its approval at any hearing referred to in the Bidding Procedures or any hearing in the Adversary, including any future hearing respecting the Motion); and it is further

ORDERED that entry of this Order shall not affect the right of any party in interest to object at any hearing contemplated by the Bidding Procedures to a plan of reorganization or motion to sell Debtor's assets; *provided, however,* implementation of the Bidding Procedures and the results thereof may be considered by the court in any such hearing, as appropriate; and it is further

ORDERED that the Debtor and its general partners (including the general partners' chief restructuring officer) shall immediately take all steps necessary to implement the Bidding Procedures; and it is further

ORDERED that every entity that is a party in interest in the Case (or a party to the Adversary) is stayed and enjoined from taking any action whatsoever, other than filing a motion as permitted by Fed. R. Bankr. P. 9023 or 9024 respecting this Order or appealing

this Order, which action would in any way frustrate, delay, hinder or interfere with implementation of the Bidding Procedures.

Entered at 11:47 o'clock a.m. on July 15, 2010.

# # # # END OF ORDER # # # #

**Exhibits are located at docket number** 361.