Dennis F. Dunne (admitted *pro hac vice*)
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel.: 212.530.5000
Fax: 212.530.5219
ddunne@milbank.com
dodonnell@milbank.com

Andrew M. Leblanc (admitted *pro hac vice*)
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1850 K Street, N.W., Suite 1100
Washington, DC  20006
Tel.: 202.835.7500
Fax: 202.263.7574
aleblanc@milbank.com

Daniel C. Stewart, SBT #19206500
Paul E. Heath, SBT #09355050
Richard H. London, SBT #24032678
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel:  214.220.7700
Fax:  214.220.7716
dstewart@velaw.com
pheath@velaw.com
rlondon@velaw.com

**ATTORNEYS FOR THE AD HOC
GROUP OF FIRST LIEN LENDERS**

Mitchell A. Seider, SBT #18000550
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
mitchell.seider@lw.com

Michael R. "Buzz" Rochelle, SBT  #17126700
Scott M. DeWolf, SBT #24009990
**ROCHELLE MCCULLOUGH LLP**
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
buzz.rochelle@romclawyers.com
sdewolf@romclawyers.com

**ATTORNEYS FOR JP MORGAN CHASE
BANK, N.A. AS FIRST LIEN AGENT**

Jennifer C. DeMarco (admitted *pro hac vice*)
David A. Sullivan (admitted *pro hac vice*)
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019-6131
Tel: 212.878.8000
Fax: 212.878.8375
jennifer.demarco@cliffordchance.com
david.sullivan@cliffordchance.com

Holland N. O'Neil, SBT #14864700
**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Tel: 214.999.4961
Fax: 214.999.3961
honeil@gardere.com

**ATTORNEYS FOR GSP FINANCE LLC, AS SECOND
LIEN AGENT**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **TEXAS RANGERS BASEBALL** | § | Case No. 10-43400 (DML)-11 |
| **PARTNERS** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

## MOTION FOR ORDER ALLOWING THE LENDER PARTIES TO FILE UNDER SEAL THE EMERGENCY JOINT MOTION OF LENDER PARTIES FOR RECONSIDERATION OF COURT'S ORDER ADOPTING BIDDING PROCEDURES

**TO THE HONORABLE D. MICHAEL LYNN, UNITED STATES BANKRUPTCY
JUDGE:**

The Ad Hoc Group of First Lien Lenders,[1] including Monarch Alternative Capital LP,

GSP Finance LLC, Kingsland Capital Management, Sankaty Advisors, LLC, and Stonehill

Capital Management LLC; JP Morgan Chase Bank, N.A. as the First Lien Agent; and GSP

Finance LLC, as the Second Lien Agent (collectively, the "Lender Parties") hereby file this

motion (the "Motion to File Under Seal") requesting that this Court enter an Order allowing

them to file, under seal, an unredacted copy of the *Emergency Joint Motion of Lender Parties for

Reconsideration of Court's Order Adopting Bidding Procedures* (the "Motion"), and respectfully

state as follows:

1.      The Motion contains certain information that was produced in discovery and must

be kept confidential pursuant to the *Stipulation and Order for the Protection and Exchange of

Confidential Information* (the "Order Regarding Confidential Information," Docket No. 348).

Accordingly, a modified version of the Motion, redacting the confidential information, was filed

contemporaneously with this Motion to File Under Seal (Docket No. ___).

2.      Section 107(b) of the Bankruptcy Code provides courts with the power to issue

orders that will protect entities from potential harm that may result from the disclosure of certain

confidential information.  This section provides, in pertinent part:

>        "On request of a party in interest, the bankruptcy court shall, and on the
> bankruptcy court's own motion, the bankruptcy court may –

---

[1] Each in their capacity as lenders or managers of entities serving as lenders under the First Lien Credit Agreement.

(1) protect an entity with respect to a trade secret or confidential research, development, or commercial information . . . ."

11 U.S.C. § 107(b).

3.      Bankruptcy Rule 9018 sets forth the procedural mechanism for implementing

§ 107(b) of the Bankruptcy Code and provides that the court, on motion,

> may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information, (2) to protect any entity against scandalous or defamatory matter contained in any paper filed in a case under the Code . . . .

FED. R. BANKR. P. 9018.

4.      While the Bankruptcy Code recognizes the general rule that court records and

proceedings should be matters of public record, it also recognizes the rule that the public right to

access is not absolute.  *See* 11 U.S.C. § 107; *Nixon v. Warner Communications, Inc.*, 435 U.S.

589, 598, 98 S. Ct. 1306, 1312, 55 L. Ed. 2d 570 (1978).

5.      The confidential information contained in the Motion is an integral part of the

Lender Parties argument and must be filed under seal in order to comply with paragraph 14 of

the Order Regarding Confidential Information.  Accordingly, the Lender Parties request that this

Court enter an order authorizing the Lender Parties to file the Motion under seal.

6.      Further, the Lender Parties request that the Motion be kept confidential

indefinitely.  Local District Court Rule 79.4 states that "all sealed documents will be deemed

unsealed 60 days after final disposition of a case."  Pursuant to Rule 79.4, the Lender Parties

hereby request that the Motion be kept confidential indefinitely and that it not be deemed to be

unsealed 60 days after the final disposition of these bankruptcy proceedings.

## **PRAYER**

The Lender Parties respectfully request that this Court enter an order, a form of which is attached hereto as **Exhibit A**, authorizing the Lender Parties to file the Motion under seal.  The Lender Parties also request such other and further relief to which they may be entitled.

Dated: July 15, 2010

Respectfully submitted,

By:   *Daniel C. Stewart*
Daniel C. Stewart, SBT #19206500
Paul E. Heath, SBT #09355050
Richard H. London, SBT #24032678
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel:  214.220.7700
Fax:  214.220.7716
dstewart@velaw.com
pheath@velaw.com
rlondon@velaw.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
**MILBANK, TWEED, HADLEY & MCCLOY
LLP**
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel.: 212.530.5000
Fax: 212.530.5219
ddunne@milbank.com

-and-

Andrew M. Leblanc (admitted *pro hac vice*)
**MILBANK, TWEED, HADLEY & MCCLOY
LLP**
1850 K Street, N.W., Suite 1100
Washington, DC  20006
Tel.: 202.835.7500
Fax: 202.263.7574
aleblanc@milbank.com

**ATTORNEYS FOR THE AD HOC
GROUP OF FIRST LIEN LENDERS**

By: ____*/s/ Mitchell A. Seider*_____
Mitchell A. Seider, SBT #18000550
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022

-and-

Michael R. "Buzz" Rochelle, SBT #17126700
Scott M. DeWolf, SBT #24009990
**ROCHELLE MCCULLOUGH LLP**
325 North Saint Paul St., Suite 4500
Dallas, TX 75201

**ATTORNEYS FOR JP MORGAN CHASE BANK, N.A. AS FIRST LIEN AGENT**


Jennifer C. DeMarco, (admitted *pro hac vice*)
David A. Sullivan, (admitted *pro hac vice*)
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019-6131
Tel: 212.878.8000
Fax: 212.878.8375
jennifer.demarco@cliffordchance.com
david.sullivan@cliffordchance.com

-and-

By: ____*/s/ Holland N. O'Neil*_____
Holland N. O'Neil, SBT #14864700
**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Tel: 214.999.4961
Fax: 214.999.3961
honeil@gardere.com

**ATTORNEYS FOR GSP FINANCE LLC, AS SECOND LIEN AGENT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2010, true and correct copies of this Motion to File Under Seal were served on the parties receiving electronic notice via the Electronic Court Filing system. Also on July 15, 2010 I caused this Motion to File Under Seal to be served via first class United States mail on the parties identified on the Master Service List, filed on June 24, 2010 as Docket Number 263.

_/s/ Paul E. Heath_
Paul E. Heath

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **TEXAS RANGERS BASEBALL** | § | **Case No. 10-43400 (DML)-11** |
| **PARTNERS** | § | **(Chapter 11)** |
| | § | |
| **Debtor.** | § | |
| | § | |

**ORDER GRANTING MOTION FOR ORDER ALLOWING THE LENDER PARTIES**
**TO FILE UNDER SEAL THE EMERGENCY JOINT MOTION OF LENDER PARTIES**
**FOR RECONSIDERATION OF COURT'S ORDER ADOPTING BIDDING**
**PROCEDURES**

This Court has considered the *Motion for Order Allowing the Lender Parties to File*

*Under Seal the Emergency Joint Motion of Lender Parties for Reconsideration of Court's Order*

*Adopting Bidding Procedures* (the "Motion to File Under Seal").[2]  After considering the Motion

to File Under Seal, the Court finds that it should be granted.  Therefore, it is hereby:

---

[2] Capitalized terms used herein, but not defined, shall have the meaning ascribed in the Motion to File Under Seal.

**ORDERED** that the Motion to File Under Seal is GRANTED pursuant to § 107(b)(1) of the Bankruptcy Code and pursuant to the Order Regarding Confidential Information filed in this case as docket number 348; it is further

**ORDERED** that the Lender Parties are authorized to file the Motion under seal; it is further

**ORDERED** that the United States Bankruptcy Clerk for the Northern District of Texas shall accept the Motion for filing and shall file the Motion under seal; it is further

**ORDERED** that the Motion shall not be deemed unsealed 60 days after the disposition of these bankruptcy proceedings pursuant to LDR 79.4, but shall be returned to the counsel for the Lender Parties at such time; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # # END OF ORDER # #